# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARLA MORGAN,                         CASE NO. 1:12-cv-00470-SMS

           Plaintiff,

    v.                               ORDER GRANTING PLAINTIFF'S
                                     MOTION TO PROCEED *IN FORMA*
COMMISSIONER OF SOCIAL               *PAUPERIS*
SECURITY,

          Defendant.            (Doc. 3)
_____/

      By a motion filed March 27, 2012, Plaintiff Carla Morgan seeks to proceed *in forma pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

      Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:**   **April 5, 2012**               **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE