1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MORGAN, | CASE NO. 1:12-cv-00470-SMS |
| Plaintiff, | |
| v. | ORDER AUTHORIZING SERVICE OF COMPLAINT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. / | |

On July 20, 2012, Plaintiff Carla Morgan submitted an amended complaint in this matter. The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

In addition, Plaintiff is hereby ordered to include the case number (1:12-cv-00470-SMS) on all future documents filed in this case.

IT IS SO ORDERED.

Dated:   July 24, 2012               /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE