1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8  CARLA MORGAN,                                    CASE NO. 1:12-cv-00470-SMS

9                 Plaintiff,
                                                    ORDER AUTHORIZING
10       v.                                         SERVICE OF COMPLAINT

11  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
12
                  Defendant.
13  _____/

14
        On July 20, 2012, Plaintiff Carla Morgan submitted an amended complaint in this matter.
15
   The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it
16
   states a cognizable claim and that  service of the complaint upon the Commissioner is now
17
   appropriate.  Accordingly, the Clerk of Court is hereby directed to issue the summons and
18
   scheduling order.
19
        In addition, Plaintiff is hereby ordered to include the case number (1:12-cv-00470-SMS)
20
   on all future documents filed in this case.
21

22
   IT IS SO ORDERED.
23
   **Dated:    July 24, 2012**              /s/ Sandra M. Snyder
24                                           UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1