Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Carla Morgan, | ) | |
|     Plaintiff, | ) | CASE NO.1:12-CV-00470-LJO-SMS |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| Commissioner of Social Security | ) | FOR EXTENSION OF TIME TO SUBMIT |
| | ) | PLAINTIFF'S CONFIDENTIAL BRIEF |
|     Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is December 20, 2012. The new due date will be January 21, 2013, with Defendant's response due February 25, 2013. The opening brief shall be due March 27, 2013, and the responsive brief April 26, 2013.  The scheduling order should be modified accordingly.

Dated: December 18, 2012                    /s/ Sengthiene Bosavanh

                                                                      SENGTHIENE BOSAVANH, ESQ.
                                                                       Attorney for Plaintiff

Dated: December 18, 2012                    BENJAMIN B. WAGNER
                                                                       United States Attorney


                                                                       By: /s/Armand D. Roth
                                                                       (as authorized via e-mail)
                                                                       ARMAND D. ROTH
                                                                       Special Assistant United States Attorney

1
2 APPROVED AND SO ORDERED.

3
4 IT IS SO ORDERED.

Dated:   December 18, 2012                    /s/ Sandra M. Snyder
5                                       UNITED STATES MAGISTRATE JUDGE