# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA JO MORGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:12-cv-00470-LJO-SMS<br><br>ORDER REMANDING CASE TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER CONSIDERATION |

This matter is before the Court following the Ninth Circuit's decision to vacate and remand. Because the parties are sufficiently familiar with the factual and procedural histories of this case, the Court will not recount it in detail here, discussing only what is relevant for purposes of this order.

Plaintiff Carla Jo Morgan sought review of a final decision of the Commissioner of Social Security ("Commissioner") denying her applications for disability insurance benefits ("DI") under Title II and for supplemental security income ("SSI") under Title XVI of the Social Security Act (42 U.S.C. § 301 *et seq.*) ("the Act"). Doc. 12. The Magistrate Judge issued Findings and Recommendations that the Court affirm the Commissioner's denial of benefits. Doc. 28. The Court adopted the Findings and Recommendations in full, despite Plaintiff's objections. Doc. 30.

Thereafter, Plaintiff appealed to the United States Court of Appeal for the Ninth Circuit. Doc. 33. After conducting a de novo review of the Court's decision affirming the denial of benefits, the Ninth Circuit issued a memorandum which vacated the Court's judgment and remanded with

instructions to the Court to remand to the agency for further proceedings. Doc. 37.

The Ninth Circuit explained that Because the ALJ failed to address or resolve the conflict between Morgan's description of her job and Dr. Vu's assessment of her capability, we vacate the district court's judgment and remand with instructions to remand to the Commissioner of Social Security. *See Treichler v. Comm'r of Soc. Sec. Admin.*, 775 F.3d 1090, 1104–05 (9th Cir. 2014) (remanding to the agency to resolve inconsistencies in the record)." Doc. 37, pg. 3.

Accordingly, IT IS HEREBY ORDERED that:

1) this case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Ninth Circuit's memorandum; and
2) The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: __**January 8, 2016**__                 __/s/ Lawrence J. O'Neill__
                                                                    UNITED STATES DISTRICT JUDGE