**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1: 12-cv-00470-LJO-SMS<br><br>**ORDER REQUESTING DOCUMENTATION SUBSTANTIATING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

On March 4, 2016, Plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Doc. 41-1.  Therein, she seeks $13,625.90 in attorney's fees for 72.50 hours expended on this case.[1]  In support of the motion are the following: (1) the declaration of attorney Jeffrey H. Baird, (2) the affidavit of Sengthiene Bosavanh, (3) the fee agreement between Plaintiff and the Law Offices of Jeffrey Milam, (4) the Court's January 11, 2016 order, (5) the Ninth Circuit's November 10, 2015 memorandum, and (6) an itemized statement of the hours expended by Mr. Baird.  Included in the itemized statement are hours attorney Baird claimed he spent from 2013 to 2015 preparing the appeal before the Ninth Circuit.

---

[1] Plaintiff's brief states "$13,629.30," however, a recalculation of the hours and rate set forth in the attached itemized statement reflects an incorrect computation.  Doc. 41-7.  The correct total amount is $13,625.90.

1

The Commissioner expressed opposition with the hours spent, given that the panel did not consider all of the claims raised.  Doc. 43.

To better assist the Court in determining the appropriate attorney's fees, Plaintiff is requested to submit her appellate opening and reply briefs, neither of which she provided.  It is Plaintiff's burden, as the moving party here to prove the reasonableness of her request for EAJA fees.  *See Blum v. Stenson*, 465 U.S. 886, 897 (1984) (noting the burden lies with the applicant to demonstrate the reasonableness of his request).  Accordingly, Plaintiff is directed to submit her Ninth Circuit opening brief and reply brief to the Court within seven (7) days of this order.

IT IS SO ORDERED.

Dated:   **June 15, 2016**                              **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE