# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MORGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:12-CV-00470-LJO-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES<br><br>(ECF Nos. 41, 47) |

On June 22, 2016, the Magistrate Judge issued Findings and Recommendations ("F&Rs") recommending that Plaintiff's counsel's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, be granted. (Doc. 32.) The F&Rs were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's F&Rs are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The F&Rs, filed June 22, 2016 (ECF No. 47), are **ADOPTED IN FULL**;

2. Plaintiff's counsel's motion for an award of attorney's fees, pursuant to EAJA

1

(ECF No. 41), is **GRANTED** in the amount of $12,739.01; and,

4. The Clerk of the Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **September 20, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE